UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE FORECLOSURE CASES | ) | CASE NO.1:07CV2282 |
| | ) | 07CV2313 |
| | ) | 07CV2532 |
| | ) | 07CV2560 |
| | ) | 07CV2565 |
| | ) | 07CV2602 |
| | ) | 07CV2631 |
| | ) | 07CV2638 |
| | ) | 07CV2681 |
| | ) | 07CV2695 |
| | ) | 07CV2703 |
| | ) | 07CV2836 |
| | ) | 07CV2920 |
| | ) | 07CV2930 |
| | ) | 07CV2943 |
| | ) | 07CV2949 |
| | ) | 07CV2950 |
| | ) | 07CV3000 |
| | ) | 07CV3029 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **ORDER** |

**CHRISTOPHER A BOYKO, J:**

Since the Plaintiff bears the burden of establishing federal diversity jurisdiction as well as standing to bring an action, Plaintiff is Ordered, by October 17, 2007, to file a copy of the executed Assignment demonstrating Plaintiff was the holder and owner of the Note and Mortgage *as of the date the Complaint was filed*, or the Court will dismiss the Complaint.

IT IS SO ORDERED.

10/10/07
Date

*[signature]*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
OCT 10 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND