UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2006-W3 under the Pooling & Servicing Agreement dated as of March 1, 2006, Without Recourse ) ) ) ) ) ) ) | CASE NO.1:07CV2836 |
| Plaintiff ) | JUDGE: Christopher A. Boyko |
| -vs- ) ) | DISMISSAL ENTRY |
| Rodney Wilson, et al., ) ) | |
| Defendants ) | |

On Plaintiff's oral motion and for good cause shown, Plaintiff's Complaint, and this action are dismissed, under Fed. R. Civ.P. 41(a)(1)(ii), without prejudice, at Plaintiff's costs.

IT IS SO ORDERED.

                                             s/Christopher A. Boyko
                                             Christopher A. Boyko
                                             United States District Court Judge

January 15, 2008